# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELEON REED,<br>[DOB: 02/17/1993] | COUNT ONE: *Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years of Supervised Release<br>Class C Felony<br><br>**CRIMINAL COMPLAINT**<br><br>Case Number: 18-MJ-00016-SWH |



FILED 2/1/18
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT OF MISSOURI

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about January 24, 2018, in the Western District of Missouri, the defendant DELEON REED, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, model 23, .40 caliber pistol, bearing serial number MAE063 on the slide and barrel and WSW151 on the pistol frame, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am Detective Michael Wells of the Kansas City Police Department and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
Michael Wells, Detective
Kansas City Police Department

Sworn to before me and subscribed in my presence,

__02/01/2118__ at __Kansas City, Missouri__
Date                                               City and State

Matt J. Whitworth, United States Magistrate Judge    _____
Name and Title of Judicial Officer                    Signature of Judicial Officer