# AFFIDAVIT

I, Michael Wells, being duly sworn, state under oath the following:

1. I am a Detective with the Kansas City, Missouri Police Department (KCMOPD) and have been employed by KCMOPD for sixteen years. I have been assigned to the KCMOPD Violent Crimes Investigative Squad for approximately four years, conducting investigations of illegal firearms possession and drug law violations within the city of Kansas City, Jackson County, Missouri, which is within the Western District of Missouri.

2. I know from my training and experience that pursuant to Title 18, United States Code, Section 922, it is unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. This affidavit contains information necessary to support a finding of probable cause. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials or others, and my review of records, documents, and other evidence obtained during the investigation.

4. On January 23, 2018 at approximately 6:45 p.m., Deleon F. REED (black male, DOB: 02/17/1993) began broadcasting live from his Facebook page *https://www.facebook.com/lilboo.nem.3*. I had previously identified this Facebook profile as being linked to REED based in the numerous photos posted showing REED as well as numerous live videos posted showing REED.

5. In the past I had noted that on occasion when REED did a live broadcast I was able to see a firearm in the video. On those instances once the live broadcast was over REED deleted the video rather than save it to his page where people could continue to view it. On this occasion I used a video camera to record the live broadcast while it played on a computer. During the video, I observed REED driving a vehicle with his associate, Vonta Brown, in the passenger seat. REED was armed with a Glock pistol. The Glock pistol had a high capacity, extended magazine. At times the Glock was resting in REED's lap and at other times he waived it around and challenged people to try and shoot his car up.

6. Once the broadcast was complete, REED deleted the video and it was no longer available to view on his Facebook page. I saved the video I had recorded as evidence and made it a part of the case file.

7. On January 24, 2018, I attempted to locate REED to arrest him and question him on a Felon in Possession of a Firearm investigation. I asked Kansas City Missouri Police Officer Whetro to assist me in locating REED. I asked Officer Whetro to keep an eye on 2817 E. 73rd Street, Kansas City, Missouri. It was a residence that I believed REED was frequenting. I cautioned Officer Whetro that REED was likely in possession of a Glock pistol with a high capacity magazine.

8. On January 24, 2018 at 2:53 p.m., Officer Whetro was in the area of 73rd and South Benton where he observed a Dodge Charger backing into the driveway of 2817 E. 73rd Street. He also observed a tan Chevrolet Mailbu parked on 73rd Street in front of the residence. Officer Whetro drove past the Malibu head-on and observed REED seated in the driver seat. REED was the sole occupant of the Malibu. Officer Whetro turned around and drove past the Malibu a second time and confirmed it was REED in the vehicle. Officer Whetro stopped a couple of blocks away and requested additional officers respond to help him arrest REED.

9. When additional officers arrived they approached the Malibu with REED seated inside. As REED noticed them approaching, he quickly exited the Malibu and ran toward the front of 2817 E. 73rd Street. REED entered the residence and stood in the doorway with the door open. Officer Whetro told REED to exit the house. The home owner, Carol Crowbarker, told REED to exit her residence. REED exited the residence and was placed under arrest.

10. Officer Whetro looked at the Malibu and observed a revolver in plain view on the front passenger seat. There was nothing covering the revolver and there was nothing preventing REED from accessing the revolver when he was seated in the driver seat.

11. Officer Whetro recovered the revolver from the Malibu since it was plain view contraband. A search of the vehicle for further contraband revealed a Glock pistol under the driver seat. A 7.62x39 assault rifle magazine was located in the glove box. It did not have any ammunition in it.

12. The revolver was a NEF .22 caliber revolver with serial number NC007791. The revolver was loaded with one live round and six spent shell casings.

13. The Glock was a model 23, .40 caliber pistol with serial number MAE063 on the slide and barrel. A second serial number of WSW151 was on the pistol frame. The Glock was loaded with twenty-nine rounds of ammunition, including one in the chamber. A computer check of the serial number on the slide revealed the gun had been reported stolen. The Glock pistol and high capacity magazine looked identical to the gun seen in the REED's live broadcast.

14. On January 24, 2018 at 4:55 p.m., I interviewed REED in regard to the investigation. REED waived his *Miranda Rights* and agreed to talk. REED initially denied any knowledge of the guns and denied ever being in the Malibu. I showed REED screen shots of him holding the Glock in the video he broadcast. REED then admitted he had purchased the Glock in early January for $400 from an associate. He also admitted the Malibu was his vehicle. When I asked REED about the revolver he told me that if his cousin (Vonta Brown) didn't man up and say anything about the revolver, then he did not want to talk about it.

15. REED was convicted in the Circuit Court of Jackson County, Missouri, under criminal case 1316-CR00135-01, for Possession of a Controlled Substance (C felony) on 06/21/16. He was sentenced to one year incarceration.

16. REED was convicted in the Western District of Missouri under case number 13-00336-01-CR-W-GAF for Robbery of a Motor Vehicle on August 5, 2014. He was sentenced to 51 months of incarceration and is currently on supervised release.

17. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is a federal law enforcement agency charged with the enforcement of federal statutes regarding firearms. Special Agent Stephen Gravatt, who has been trained as an interstate nexus expert for the ATF, stated that the aforementioned NEF revolver and Glock pistol have traveled in interstate or foreign commerce as they were not manufactured in the State of Missouri and was located in the State of Missouri.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Wells, Detective
Kansas City Police Department
Illegal Firearm Squad

Subscribed to and sworn to before me this __1st__ day of February 2018.

_____
Honorable Matt J. Whitworth
United States Magistrate Judge
Western District of Missouri

3