**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>DELEON REED,<br>[DOB: 02/17/1993]<br><br>                      Defendant. | Case No. _____<br>***Felon in Possession of a Firearm***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

On or about January 24, 2018, in the Western District of Missouri, the defendant DELEON REED, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, Model 23, .40 caliber pistol, bearing Serial Number MAE063 on the slide and barrel, and WSW151 on the pistol frame, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

    2/20/18                                                            [Deputy] /s/ Elvia M. Jones
DATE                                                          FOREPERSON OF THE GRAND JURY

/s/ Ashleigh A. Ragner
Ashleigh A. Ragner
Special Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri