# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph | | Jackson County and elsewhere | ☐ Secret Indictment |
| ☐ Central ☐ Southern | | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name      Deleon Reed
Alias Name
Birthdate              02/17/1993

**Related Case Information**

Superseding Indictment/Information   ☐ Yes  ☒ No   if yes, original case number _____
New Defendant                        ☒ Yes  ☐ No
Prior Complaint Case Number, if any  18-MJ-00016-SWH
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
SAUSA Ashleigh A. Ragner

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date  February 1, 2018
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required   ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

Date   2/20/18                Signature of SAUSA  /s/ Ashleigh A. Ragner