IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00038-01-GAF |
| | ) | |
| DELEON REED, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW BASED ON CONFLICT OF INTEREST**

COMES NOW undersigned counsel, Stephen C. Moss, Assistant Federal Public Defender, and requests this Court to allow the undersigned to withdraw from the case on the basis of a conflict of interest.

**SUGGESTIONS IN SUPPORT**

1. On April 11, 2024, a violation report was filed in Mr. Reed's case.

2. DeLeon Reed appeared before the Honorable Lajuana M. Counts on July 22, 2024. The office of the Federal Public Defender was appointed to represent him.

3. A conflict of interest has arisen in this case and the Office of the Federal Public Defender cannot continue representing Mr. Reed.

WHEREFORE, undersigned counsel requests this Court to grant the motion to withdraw and appoint different counsel to represent Mr. Reed in this case.

1

Respectfully submitted,

/s/ Stephen C. Moss
Stephen C. Moss
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed and sent to all parties of record this 23rd day of July, 2024, pursuant to ECF.

/s/ Stephen C. Moss
Stephen C. Moss

2

Case 4:18-cr-00038-GAF   Document 101   Filed 07/23/24   Page 2 of 2