IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                        Case No.      18-00038-01-CR-W-GAF

DELEON REED,

      Defendant.

## ORDER TERMINATING THE FEDERAL PUBLIC DEFENDER and ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

On July 22, 2024, the Federal Public Defender was appointed as counsel for Mr. Reed. On July 23, 2024, Stephen C. Moss, with the Federal Public Defender's office filed a motion (doc. 101) advising that their office has learned of a potential conflict of interest between themselves and Mr. Reed. Therefore, it is

ORDERED that the Federal Public Defender and each member of her attorney staff are hereby relieved as appointed counsel for the defendant at all further proceedings.

IT IS FURTHER ORDERED Laura E. O'Sullivan, Missouri DWI and Criminal Law Center, Benjamin Law Firm, 8427 Clint Dr. Belton, MO 64012 816-281-5460 be, and is hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

FURTHERMORE, Mr. Moss' motion to withdraw as counsel is hereby granted.

                                        /s/ Lajuana M. Counts
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
July 30, 2024