IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18-00038-01-CR-W-GAF |
| ) | |
| DELEON REED, ) | |
| ) | |
| Defendant. ) | |

ORDER OF TRANSFER

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Western District of Missouri, and with the consent of the Honorable Stephen R. Bough, it is hereby

ORDERED that this case be transferred for all further proceedings to United States District Judge Bough.

   /s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

Date: November 21, 2024